UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MARIA ANDERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI US SERVICES, INC. et al.,<br><br>Defendants. | Civil Case No. 1:23-cv-02096-CEF<br><br>IT IS SO ORDERED.<br>s/Charles E. Fleming<br>United States District Judge<br>Dated: September 17, 2025 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Maria Anderson and Robert Anderson and Defendants Sanofi U.S. Services Inc. and sanofi-aventis U.S. LLC, hereby stipulate to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

DATED: September 15, 2025                          Respectfully submitted,

/s/ *Charles E. Boyk* (with permission)            /s/ *Matthew Edward DePaz*
Charles E. Boyk                                    Matthew Edward DePaz
Law Office of Charles E. Boyk                      Shook, Hardy & Bacon L. L. P.
1500 Timberwolf Drive                              2555 Grand Blvd
Holland, OH 43528                                  Kansas City, MO 64108-2613
Phone: 419-241-1395                                Phone: 816-474-6550
Fax: 419-241-8731                                  Fax: 816-421-5547
Email: ayoung@charlesboyk-law.com                  Email: mdepaz@shb.com

Kendra Davitt                                      Samantha Pugh
Paul W. Flowers                                    Paul N. Garinger
Flowers & Grube                                    Barnes & Thornburg
50 Public Square, Ste. 4000                        41 South High Street, Ste. 3300
Cleveland, OH 44113                                Columbus, OH 43215
Phone: 216-344-9393                                Phone: 614-628-1454
Email: knd@pwfco.com                               Fax: 614-628-1433
Email: pwf@pwfco.com                               Email: pgaringer@btlaw.com
                                                   Email: spugh@btlaw.com

*Counsel for Plaintiff*

1